FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 APR 30 PM 3:45

U.S. DISTRICT COURT
N.D. OF ALABAMA

CHARLES ROSENBARGER, )
)
        Petitioner, )
)
vs )   CIVIL ACTION NO. 98-PT-0021-E
)
WARDEN JOE SIVLEY )
)
        Respondent(s). )

ENTERED
APR 30 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 30 day of April, 1999.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE

---

[1] The petitioner objected to the original report and recommendation. In response thereto a second, superseding report and recommendation was filed, to which the petitioner filed no objections.

18